# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2018

Stephen J. Markman,
Chief Justice

156648(73)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellant,

v

GREGORY CARL WASHINGTON,
       Defendant-Appellee.
_____/

SC: 156648
COA: 336050
Wayne CC: 04-004270-FC

On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing his supplemental brief is GRANTED. The supplemental brief submitted on March 29, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2018



Clerk